UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEMINI INSURANCE COMPANY, | ) | 3:14-cv-00121-LRH-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 7, 2014 |
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, et al., | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Movant requests that it's Motion to Compel (Doc. #15) be withdrawn.  Good cause appearing, the Motion to Compel (Doc. #15) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
         Deputy Clerk